No. 80–2064.  REYNOLDS ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 80–2196.  MOWAD *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–6642.  DOE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 80–6677.  JONES *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 80–6727.  TISDALE *v.* UNITED STATES; and
No. 81–5171.  TISDALE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Reported below: 647 F. 2d 91.

No. 80–6755.  MOORE *v.* KNIGHT.  Sup. Ct. Miss.  Certiorari denied.

No. 80–6767.  MALIK, AKA JOHNSON *v.* UNITED STATES. Ct. App. D. C.  Certiorari denied.

No. 80–6769.  HOOPER *v.* PERINI.  C. A. 6th Cir.  Certiorari denied.

No. 80–6880.  LAWS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 80–6890.  YARETSKY ET AL. *v.* BLUM, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–6914.  BARGER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–6947.  PIERCE *v.* CARDWELL, PRISON SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.